IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

 vs.          Case No. 3:17cr183(2)

JORDAN B. SMITH,     JUDGE WALTER H. RICE

   Defendant.

---

ENTRY REVOKING DEFENDANT'S BOND; RIGHT OF APPEAL
EXPLAINED AND UNDERSTOOD; SENTENCING DATE REAFFIRMED

---

Pursuant to the record made in open Court on March 5, 2019, the Defendant admitted to allegations set forth against her in a Petition, directing her to show cause why her bond, set and met December 5, 2017, should not be revoked, and was immediately thereafter found in violation of said bond.

Pursuant to the record made on March 5, 2019, the Defendant's bond was revoked and she was remanded to the custody of the United States Marshals to await sentencing on Wednesday, May 8, 2019, at 3:30 p.m.

Following the above, the Defendant was orally explained her right of appeal, and she indicated an understanding of same.

April 23, 2019              */s/ Walter H. Rice*
                     WALTER H. RICE
                     UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Rob Trigg, U.S. Pretrial Services Officer
Jennifer Wright, U.S. Probation Officer