IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                                Case No.   3:17cr183(2)

JORDAN B. SMITH,               JUDGE WALTER H. RICE

        Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF PROBATION BUT DECLINING TO REVOKE SAME; DEFENDANT CONTINUED ON PROBATION ON CONDITION OF MEETING ALL PRESENTLY UNDISCHARGED CONDITIONS OF SAME, WITH ADDITIONAL CONDITIONS SET FORTH BELOW; DEFENDANT TO BE RELEASED FROM MONTGOMERY COUNTY JAIL AT 9:00 A.M. ON FRIDAY, OCTOBER 23, 2020, IN CUSTODY OF HER MOTHER, JODI RILEY; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS DISPOSITION; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On October 22, 2020, the Defendant, having previously been found in violation of her probation, a status that began May 21, 2019, appeared in open Court for final disposition.

Based upon the record made on the aforesaid October 22, 2020, the Court declined to revoke her probation and, instead, continued Defendant on probation, subject to the following:

    1.      Defendant is to discharge all presently undischarged conditions of probation ordered on May 21, 2019;

    2.      She is to begin a course of in-patient substance abuse treatment at Nova Behavioral Health Center on October 23, 2020, at 10:00 a.m.;

      3.      She is not to consume any alcohol, an order that is to be monitored by Sober Link and breathalyzer testing; and

      4.      She is to maintain all required contact with her Probation Officer, Laura Sebulsky.

She is to be released from the Montgomery County Jail at 9:00 a.m. on Friday, October 23, 2020, in the custody of her mother, Jodi Riley, for immediate transport to Nova Behavioral Health Center. Upon release from in-patient treatment, Defendant shall immediately report to her Probation Officer, Laura Sebulsky.

Neither counsel for the government nor for the Defendant had any procedural or substantive objections to this Court's disposition.

Following the above, the Defendant was orally explained her right of appeal, and she indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

*/TP/ – per Judge Rice authorization after his review*

October 22, 2020                                WALTER H. RICE
                                                  UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Laura Sebulsky, U.S. Probation Officer
U.S. Marshals