IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:17cr183(2) |
| Plaintiff, | : | |
| v. | : | |
| JORDAN BROOKE SMITH, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

### ENTRY RELEASING DEFENDANT FROM CUSTODY TO REPORT TO WOMEN'S BEHAVIORAL CENTER FOR INPATIENT TREATMENT

Defendant Jordan Brooke Smith is to be released from Montgomery County Jail on Thursday, March 25, 2021 at 11:00 a.m. Defendant is to be transported by her mother, Jodi Riley, directly to Women's Behavioral Center for inpatient residential treatment. Upon release from inpatient treatment, defendant shall immediately report to her probation officer, Laura Sebulsky.

March 23, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

cc: Counsel of record
 United States Marshals Office
 Laura Sebulsky

-1-